UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ACCESS FOR THE DISABLED, INC., a
Florida not for profit corporation, and
PAT KENNEDY, Individually,

        Plaintiffs,   Case No.: 8:11-cv-01181-EAK-TBM

v.

SARASOTA KENNEL CLUB, INC., a
Florida for profit corporation,

        Defendant.
_____/

## PARTIES' NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, that Plaintiffs Access for the Disabled, Inc. and Pat Kennedy ("Plaintiffs") and Defendant, SARASOTA KENNEL CLUB, INC. ("Defendant" or "Sarasota Kennel") have resolved the above-referenced matter. Once the final papers have been prepared and executed, the parties will file a Stipulation and Order Regarding Dismissal of the Entire Action with Prejudice.

**DATED** as of this 28th day of February, 2012.

        Respectfully submitted,

        */s/ Monica J. Williams*
        Barnett Q. Brooks, Esq.
        Florida Bar No. 700061
        Email: barnett.brooks@ogletreedeakins.com
        Monica J. Williams, Esq.
        Florida Bar No. 0566780
        Email: monica.williams@ogletreedeakins.com
        OGLETREE, DEAKINS, NASH,
         SMOAK & STEWART, P.C.

100 N. Tampa Street, Suite 3600
Tampa, Florida 33602
Tel: 813.289.1247
Fax: 813.289.6530

*Attorneys for Defendant Sarasota Kennel Club, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 28, 2012, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send notice of electronic filing to attorneys for Plaintiffs, Thomas B. Bacon, Esq. and Phil Cullen, Esq.

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

*/s/ Monica J. Williams*
Monica J. Williams